UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-60200 |
| | : | |
| Sharon R. Nevius., | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | JUDGE KENDIG |

**MOTION FOR DIRECT CHAPTER 13 PLAN PAYMENTS TO TRUSTEE**

Debtor, Sharon R. Nevius., by and through counsel, respectfully requests that she be permitted to make her Chapter 13 plan payment directly through the course of her plan. Debtor's primary sources of income are Social Security and Pension.

WHEREFORE, Debtor respectfully requests that she be permitted to make direct payments to the Chapter 13 Trustee.

Respectfully submitted,

/s/ Rebecca K. Hockenberry
Rebecca K. Hockenberry (0074930)
Thompson and Hockenberry Co., LPA
371 Lexington Avenue
Mansfield, OH 44907
(419) 522-5297
(614) 737-9945 facsimile
rebecca@hockenberrylaw.com

Counsel for Debtor

# NOTICE OF MOTION FOR DIRECT CHAPTER 13 PLAN PAYMENTS TO TRUSTEE

Debtor has filed papers with the court requesting authority to make direct payments to the Trustee.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you wish to consult one).**

If you do not want the court to approve the Motion for Direct Chapter 13 Plan Payments, then on or before **21 days from the date of filing**, **March 7, 2019**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to US Bankruptcy Court, Clerk's Office, Ralph Regula Federal Building and US Courthouse, 401 McKinley Ave., SW, Canton, OH 44702 OR your attorney must file a response using the court's ECF System.

File an answer (Memorandum in Response) and request for an oral hearing at:

U.S Bankruptcy Court
Clerk's Office
Ralph Regula Federal Building and US Courthouse
401 McKinley Ave., SW
Canton, OH 44702

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Rebecca K. Hockenberry, Esq.
Thompson & Hockenberry Co. LPA
371 Lexington Avenue
Mansfield, OH 44907

Dynele l. Schinker-Kuharich, Chapter 13 Trustee
400 W. Tuscarawas Street
Charter One Bank Building, Suite 400
Canton, OH 44702

Office of the U.S. Trustee
201 Superior Avenue East, Ste. 441
Cleveland, OH 44114

If you or your attorney do not take these steps, the court may decide that you do not oppose relief sought in the motion and may enter an order granting relief.

## CERTIFICATE OF SERVICE

I certify that on February 14, 2020, a true and correct copy of the **MOTION FOR DIRECT CHAPTER 13 PLAN PAYMENTS TO TRUSTEE** was served:

Via the court's Electronic Case Filing System on those entities and individuals who are listed on the court's Electronic Mail Notice List:

- **Dynele L Schinker-Kuharich** DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
- **United States Trustee** (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Sharon Nevius
56 Morgan Avenue
Lexington, Ohio 44904

/s/Rebecca K. Hockenberry
Rebecca K. Hockenberry